**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney - SBN 212289
**SCOTT MARCUS**, Senior Assistant City Attorney - SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney - SBN 115453
**MATTHEW W. McALEER**, Deputy City Attorney - SBN 278595
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7043; Fax No.: (213) 978-8785
Email: Matthew.McAleer@lacity.org

*Attorneys for Defendant* **CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONE AUSTIN, MICHELLE MICHLEWICZ<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER DOES 1 – 10<br><br>Defendants. | **CASE NO.: CV20-03985-AB-JCx**<br>*Hon. Judge André Birotte, Jr., Ctrm 7B, 7th Fl.*<br>*Mag. Judge Jacqueline Chooljian, Ctrm 750, 7th Fl.*<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANT CITY OF LOS ANGELES' NOTICE OF PUBLICATION OF BODY WORN VIDEO FOOTAGE IN VIOLATION OF COURT'S APRIL 2, 2021 ORDER; DECLARATION OF MATTHEW W. McALEER; EXHIBIT**<br><br>**(Filed Concurrently with Notice of Lodging)** |

Defendant hereby notifies the Court, plaintiffs, and their counsel of the publication of body camera video recording in violation of the Court's April 2, 2021 order.

Dated:  April 7, 2021        **MICHAEL N. FEUER**, City Attorney
                             **KATHLEEN A. KENEALY**, Chief Asst City Atty
                             **SCOTT MARCUS**, Senior Assistant City Attorney
                             **CORY M. BRENTE**, Senior Assistant City Attorney
                       By: ____/s/ *Matthew W. McAleer*____
                             **MATTHEW W. McALEER,** Deputy City Attorney
                             *Attorneys for Defendant* **CITY OF LOS ANGELES**

**DECLARATION OF MATTHEW W. McALEER**

I, MATTHEW W. McALEER, declare as follows:

1. I am an attorney licensed to practice before this Court. I am a Deputy City Attorney at the Los Angeles City Attorney's Office, counsel of record for defendant City of Los Angeles ("defendant") in the above-entitled action.

2. On April 2, 2021, the Court issued an order granting in part plaintiffs' motion to remove limitations on the disclosure of a certain body camera video recording that defendant has designated as confidential under the stipulated protective order. Docket No. 31, April 2, 2021 order; Docket No. 18, stipulated protective order.

3. In its April 2, 2021 order, the Court stated that it "does not view it to be appropriate to allow the publication of the portion of the footage which depicts Plaintiff Michlewicz's unclothed body/private parts. Accordingly, the motion is granted and the confidentiality designation is removed, *except with respect to the foregoing depiction of Plaintiff Michlewicz's unclothed body/private parts. Any publication of the body camera footage in issue must redact, blur or otherwise obscure the same.*" Docket No. 31, April 2, 2021 order (*emphasis added*).

4. On April 2, 2021, a Twitter user with the handle @Jasmyne posted a link to the subject video footage. I believe this Twitter user to be Jasmyne Cannick who has been referred to in press coverage of this case as plaintiffs' media representative. A true and correct copy of the Twitter post is attached hereto as Exhibit "**A**."

5. On April 2, 2021, Ms. Cannick posted the subject video to YouTube at https://www.youtube.com/watch?v=9AbZXifLi-o. Lodged concurrently herewith as Exhibit "**B**" is a true and correct copy of that video recording, which was downloaded from YouTube.

6. While the published video does have some minimal pixilation of Plaintiff Michlewicz's unclothed body, her unclothed body is not blurred in a manner that redacts or otherwise obscures it as required by the Court's April 2, 2021 order.

7. Specifically, plaintiff Michlewicz's unclothed body is visible at the

following times during the video:

      a) 2:21 – 2:23;

      b) 2:28-2:29;

      c) 2:33-2:35;

      d) 2:42-2:46; and

      e) 2:50-2:52.

8. Defendant respectfully requests that if publication of other body camera video recordings is permitted with redactions, the Court would permit defendant an opportunity to review and raise objections to any proposed redactions prior to the publication of such recordings.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed this 7th day of April 2021.

                                              /s/ Matthew W. McAleer
                                        **MATTHEW W. McALEER**, Declarant