# Exhibit A

 @Jasmyne

Hey fam, I have an update on a story.

Remember the Black man who was bringing in his trash can when the #LAPD kidnapped him after a white woman called 911 on her white boyfriend?

Today a judge removed the protective order on the video the LAPD didn't want you to see.



2:20   58K views

7:56 PM · Apr 2, 2021 · Twitter for iPhone