1
2
3
4
5
6

Faisal Gill (SBN 263416)
Gill Law Firm
355 S Grand St
Suite 2450 PMB# 1048
Los Angeles, CA 90071
310-418-6675
213-260-8255 (fax)
Fgill@glawoffice.com

7
8

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16

| ANTONE AUSTIN, et al. | ) | Case No. 2:20−cv−03985−AB−JC |
|---|---|---|
| Plaintiffs | ) | |
| | ) | Plaintiffs' Response to Defendant's |
| | ) | Notice of Publication of Body Worn |
| | ) | Footage |
| | ) | |
| vs | ) | |
| | ) | Discovery Cutoff Date: 6/30/2021 |
| CITY OF LOS ANGELES, et al. | ) | Pre-Trial Conference Date: 10/01/2021 |
| Defendants | ) | Trial Date: 10/19/2021 |

17
18
19
20
21
22

COMES NOW, Plaintiffs, ANTONE AUSTIN and MICHELLE MICHLEWICZ, through undersigned counsel, and respectfully submits their response to Defendant's Notice of Publication of Body Worn Footage in Violation of Court's April 2, 2021 Order (ECF Doc. No. 32), as follows:

23
24
25
26

1. Counsel for Plaintiffs hired Ms. Jasmyne Cannick for purposes of Comunications and Relations and she is an agent for Plaintiffs in regards to this matter for such purposes.

27
28

1

PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF PUBLICATION OF BODY WORN FOOTAGE

2. Counsel for Plaintiffs provided the video to Ms. Cannick to pixelate and distort the video as ordered by the Court.

3. Ms. Cannick provided the edited video to Counsel for Plaintiffs who reviewed and found the video to be in compliance with the Court's order.

4. Counsel for Plaintiffs also sought approval from Ms. Michelle Michlewicz regarding the edited video.

5. Ms. Michlewicz approved such edited video. (Please see Exh. 1).

6. Plaintiffs oppose Defendant's allegation that the edited video does not comply with the Court's Order on April 2, 2021.

7. Plaintiffs oppose Defendant's notion that Plaintiffs should provide Defendant a copy of any redacted or otherwise edited video for their approval, especially given the concerning behavior of their employees who shared the unredacted footage amongst themselves and laughed at Ms. Michlewicz's expense in front of her while she was wrongfully held in prison. Plaintiffs request that this Court not require such obligation on the Plaintiffs, namely Ms. Michlewicz, after being subjected to such ridicule without her permission to share such footage.

8. Had Defendant contacted Plaintiffs to state their issue with the published video, Plaintiffs would have accommodated them and amended the video.

PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF PUBLICATION OF BODY WORN FOOTAGE

9. If the Court should find that such video was not pixelated enough, Plaintiffs will immediately amend the video as it is their intention to follow the Court's order.

Dated: April 9, 2021                                    Respectfully Submitted,


                                                        /S/ Faisal Gill
                                                        Faisal Gill
                                                        Gill Law Firm
                                                        1901 Avenue of the Stars, Suite 1060
                                                        Los Angeles, CA 90067
                                                        310-418-6675
                                                        213-260-8255(fax)
                                                        fgill@glawoffice.com


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2021, a copy of the foregoing Plaintiff's Response to Defendant's Notice of Publication of Body Worn Footage was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                                        /s/ Faisal Gill
                                                        Faisal Gill


3

PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF PUBLICATION OF BODY WORN FOOTAGE