JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONE AUSTIN, ET AL.<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, ET AL.<br><br>  Defendants. | Case No. CV 20-03985-AB<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 1, 2021

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.